UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLENE Y. LATHAM; DAVID G. LATHAM; TRACEY Y. LATHAM; JOHN DOE (1-10); JANE DOE (1-5), | 20-CV-7102 (LLS) |
| Plaintiffs, | |
| -against- | CIVIL JUDGMENT |
| THE 1953 TRUST, *et al*, | |
| Defendants. | |

Pursuant to the order issued September 18, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 18, 2020
New York, New York

_____
Louis L. Stanton
U.S.D.J.