ATTN: USDSNY Court

    Pro Se Office (Room 200)

    500 Pearl St

    NY NY 10007

Date: 12/2/2020

**RE: REQUEST FOR APPEALS PACKET- case 20CV7102**

As of 12/2/2020 Plaintiff was given notice that the 20cv7102 case was closed and she (CHARLENE LATHAM) would need to request an appeals packet to obtain a copy of the Order dismissing the case.

No information was given regarding the nature of the dismissal.

Plaintiff requested permission to submit documents and receive email communication for this matter at the time of filing the case. No notice of the Pandemic measures allowing email submissions from pro se filers was provided or made known despite Plaintiff asking for such information or permission from the court prior to filing.

This is formal request for Appeals packet including the Order dismissing the case and the attached consent form granting consent to electronic service.

**Signed in the County of Dallas, in the State of Texas 12/2/2020 2:25pm**

                                                     **Submitted respectfully,**

                                                     **Charlene Y. Latham**
                                                   **Charlene272@hotmail.com**
                                                          **1+469.751.5068**
                                                     **4900 Airport Parkway**
                                                     **Addison TX 75001**



United States District Court
Southern District of New York
Pro Se Office

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Note: This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

20cv7102 closed; seeking appeal

latham, charlene y.
Name (Last, First, MI)

4900 airport ok    addison    tx    75001
Address             City       State  Zip Code

469.751.5068              charlene272@hotmail.com
Telephone Number          E-mail Address

12/2/2020
Date                      Signature

**Return completed form to:**
Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007