FOR THE PUBLIC RECORD:

Friday 06/10/2022

**ATTN: Chief Judge Hon. Laura Taylor Swain**

RE:

|  |  |
|---|---|
| Charlene Y. Latham, plaintiff 1, et al | **Case No.:** 20 - CV - 7102 |
| v | **Case type:** civil |
| The 1953 Trust, Defendant, et al | **Judge:** Hon. L. STANTON |

**NOTICE OF PENDING CASE ACTION**
regarding ADMINISTRATIVE COMPLAINT
OF JUDICIAL ERRORS

1. **Before the Court is** Charlene Y. Latham, plaintiff in the matter captioned above, notifying the court of judicial errors/irregularities in the case captioned above that she has recently learned of.

2. On June 8th 2022 at appx 9pm the Plaintiff received service of a legal brief filed in the Superior Court of the Virgin Islands by the Estate of Jeffrey Epstein PROBATE NO. ST-2019-PB-0080 – STT Probate Division.

3. The Estate included in this filing an Order it alleged Louis Stanton issued to the Plaintiff in 2020.

4. **The Order the Estate filed in the Virgin Islands is not the Order the Plaintiff received in 2020 & she complains to the Chief Judge that the order was fabricated as a criminal act of obstruction of justice, among other things, by Louis Stanton**.

5. On the morning of June 9th 2022 Ms. Latham contacted this US Court for the Southern District of New York to inquire about this Order Stanton issued alleging he was dismissing a complaint he never received in 2020 or at any other time.

6. This court advised Ms. Latham that Stanton may have used his *judicial discretion* to construe a confidential, supporting document (*Plaintiff's Statement of the Case*) included with the confidential application to waive fees she submitted in 2020 as a complaint that he could adjudicate without any notice or service to <u>any</u> of the parties, including the Plaintiff.

7. On June 9th The court could not explain when this decision to misconstrue an affidavit/statement as a complaint occurred; the court also could not explain where the <u>*original order*</u> denying Ms. Latham's application to waive court fees disappeared to.

8. This Notice is filed with the court June 10th 2022 to bring to the attention of the Chief Judge (Laura Taylor Swain) this gross forgery/misconduct of the court where judicial officer Stanton has, or appears to have, violated the law to file an Order of Dismissal for a Complaint that was never filed with this court, served to any of the parties or otherwise presented to him to adjudicate by taking a statement filed as a confidential supporting document to a fee waiver application & publicly adjudicating it without lawful reason/right to do so.

9. Additional action will be taken with this court to correct the underlying record where Stanton entered an Order without any lawful right/reason to do so.  Since 2020, Ms. Latham has only submitted an application to waive fees, & only received an order denying her application to waive fees as "frivolous". She has never submitted any complaint in this record.  The *Plaintiff's Statement of the Case* that Stanton is alleged to have misconstrued as a formal complaint was a confidential statement & only provided as part of the confidential application for fee waiver; it is not & never should be construed as a public document or formal complaint to be adjudicated with civil judgment entered upon it.

10. It is not clear why Stanton determined he could abuse his judicial position to misconstrue the private statement submitted with the fee waiver application to the public as a complaint he could adjudicate.

**11.** This Notice is made to alert the Chief Judge of the judicial error; & document for the public record that Ms. Latham only became aware of the misconduct & the fabricated Order of Dismissal in June 2022 while litigating the Epstein Estate in the Virgin Islands' Superior Court.

**12.** This Notice will be followed by additional formal briefs/other legal actions & exhibits formally asking this court to redress Stanton's Order, his incompetence & malfeasance, among other things, pursuant to law.

                                            **DATED:**    **06/10/2022 11:57am  Signed,**

Charlene Y. Latham
469.751.5068
4900 Airport Pkwy
Addison TX 75001
hello@kxngxhe.org (GENERAL)
**Charlene272@hotmail.com (ELECTRONIC SERVICE ADDRRESS)**

cc: Louis Stanton; Laura Taylor Swain Chambers; Pro Se Intake Unit