UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

CHARLENE LATHAM, et al.                                No. 20-CV-07102-LLS
                    Plaintiff,

        -against-

THE 1953 TRUST, et al.
                    Defendant.
--------------------------------------------------------x

ORDER

The Court has received and reviewed Plaintiff's "Notice of Pending Case Action," dated June 10, 2022. (Docket entry no. 6.) To the extent Plaintiff seeks action based on her allegations of judicial misconduct, Plaintiff's request is improperly directed to the undersigned in her capacity as Chief Judge because such complaints are properly directed to the "clerk of the court of appeals for the circuit." 28 U.S.C.A. § 351(a) (Westlaw through P.L. 117-102). To the extent Plaintiff is requesting that the undersigned make or alter any rulings in the above case, the request is denied. The Chief Judge does not have authority to take such action in cases assigned to other members of the Court.

        SO ORDERED.

Dated: New York, New York
       June 16, 2022

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge