**FOR THE PUBLIC RECORD:**

Thursday 06/23/2022

**ATTN: Chief Judge Hon. Laura Taylor Swain**

RE:

|  |  |
|---|---|
| Charlene Y. Latham, plaintiff 1, et al<br><br>v<br><br>The 1953 Trust, Defendant, et al | **Case No.:** 20 - CV - 7102<br>**Case type:** civil<br>**Judge:** Hon. L. STANTON |

                                      **ACKNOWLEDGEMENT OF ORDER**
                                          signed 06/16/2022 by L. Swain

1. Due to the ongoing investigation of fraud/forgery/illegal alteration of the closed case record after its closure, I submit this Letter to the Court acknowledging that I did receive electronic notice of the following docket entry:

   > **Docket Text:**
   > **ORDER: The Court has received and reviewed Plaintiff's "Notice of Pending Case Action," dated June 10, 2022. (Docket entry no. 6.) To the extent Plaintiff seeks action based on her allegations of judicial misconduct, Plaintiff's request is improperly directed to the undersigned in her capacity as Chief Judge because such complaints are properly directed to the "clerk of the court of appeals for the circuit." 28 U.S.C.A. § 351(a) (Westlaw through P.L. 117-102). To the extent Plaintiff is requesting that the undersigned make or alter any rulings in the above case, the request is denied. The Chief Judge does not have authority to take such action in cases assigned to other members of the Court. (Signed by Judge Laura Taylor Swain on 6/16/2022) (rro)**

2. In response, I confirm that a formal judicial complaint is being drafted for filing with the Clerk of the Court of Appeals.

3. I have not asked Ms. Swain to take any action on the case so the denial to do so is *moot* & premature, at best.

4. The letter sent to the Chief Judge is an administrative communication notifying the Court of Criminal Conduct occurring in the court & Nothing more.

5. Pursuant to statute, if Laura Swain is the Chief Judge responsible for assuring the court operates lawfully & is who is determined responsible for redressing clerical errors/fraud in the court, a proper Motion & corresponding legal action will be taken.

6. Currently, I have only contacted the court after learning in June 2022 that the court record was altered after closure in a manner indicative of fraud & criminal abuse of court records & powers to defame or harm the plaintiff(s).

7. On June 23 2022 I did speak with Mr. Braccatto [sic] in the Pro Se Intake Unit by phone to request that an administrative investigation into who accessed the closed record & uploaded the fraudulent Order of Dismissal after the record was closed for non-payment of fees in 2020, removed the legitimate Administrative Order denying my 2020 application to waive court fees & otherwise criminally published a confidential Plaintiff's Statement as a Formal & Public Complaint for adjudication.

8. I did receive instructions for continuing the submission of this administrative complaint of Employee Fraud on the case record with Ms. Krajick.

9. I will file those administrative complaints (Judicial & Employee Fraud/Misconduct) with the appropriate agencies.

10. I will file proper Motion, pursuant to Statute, in this court, before Swain or Stanton requesting the Court Record be corrected to remove the forged Order of Dismissal in the near future.

11. This is a Letter to the Court, courteously acknowledging Ms. Swain's response/Order; & clarifying that the pending case actions (Motions) that I gave Notice of to Ms. Swain have not yet been filed with this Court - but will be.

12. Formal, administrative complaints against the Judge Louis Stanton & Clerks accessing the case record will be filed with the appropriate department/court/agency, as well, in a timely manner.

13. No further response from Swain is needed/requested, at this time.

**DATED:**     06/23/2022 3:57pm                                                                  Signed,

                                                                                         Charlene Y. Latham
                                                                                         469.751.5068
                                                                                         4900 Airport Pkwy
                                                                                         Addison TX 75001
                                                                                         hello@kxngxhe.org (GENERAL)
                                                             **Charlene272@hotmail.com (ELECTRONIC SERVICE ADDRRESS)**

cc: Louis Stanton; Laura Taylor Swain Chambers; Pro Se Intake Unit